■ In the Matter of KEVIN ROGERS, Respondent, v MARVELLE WOODRUFF, Appellant. (Appeal No. 2.) [855 NYS2d 391]—Appeal from an order of the Family Court, Cattaraugus County (Michael L. Nenno, J.), entered August 16, 2006 in a proceeding pursuant to Family Court Act article 6. The order modified a prior order of custody and visitation.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Woodruff v Rogers* (50 AD3d 1571 [2008]). Present—Smith, J.P., Lunn, Fahey, Pine and Gorski, JJ.

■ MICHELLE L. BAULF, Individually and as Personal Representative of the Estate of KEVIN J. BAULF, Deceased, Respondent, v MICHAEL SALVANA, M.D., Individually and as an Agent, Officer and/or Employee of Rome Memorial Hospital, et al., Defendants, and ANTHONY COTRONEA, M.D., Appellant. [855 NYS2d 410]—Appeal from an order of the Supreme Court, Oneida County (Anthony F. Shaheen, J.), entered January 11, 2007. The order granted the motion of plaintiff for leave to amend the complaint to add Anthony Cotronea, M.D. as a defendant.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Lunn, Fahey, Pine and Gorski, JJ.